# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:24-mj-00018-SAB |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| Ashley Hernandez ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 CFR 4.14

**Sentence Date:** July 1, 2024

**Review Hearing Date:** May 15, 2025

**Probation Expires On:** July 1, 2025

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $500 which Total Amount is made up of a Fine: $  Special Assessment: $  Processing Fee: $ Choose an item. Restitution: $

☐ **Payment schedule of $      per month by the      of each month.**

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Complete first offender DUI class (Exhibit A), Complete 1 AA meeting per week for 26 weeks (Exhibit B).

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

**GOVERNMENT POSITION:**

☐ The Government agrees to the above-described compliance.

☒ The Government disagrees with the following area(s) of compliance:

Government Attorney: The United States has not been provided sufficient evidence as to AA attendance. Exhibit B alone is insufficient to prove compliance by Defendant.

*/s/ Chan Hee Chu*
Assistant United States Attorney

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 5/15/2025 at 9:00 am

  ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

  ☒ be vacated.

☒ that Defendant's appearance for the review hearing be waived.

DATED: 5/1/2025

_____
DEFENDANT'S COUNSEL

# ORDER

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED. The Court orders that Choose an item.

X DENIED.

IT IS SO ORDERED.

Dated: **May 8, 2025**

_____
STANLEY A. BOONE
United States Magistrate Judge

— Exhibit A —

## DUI PROGRAM STATUS REPORT

Name: HERNANDEZ, ASHLEY EDEN
D.O.B.: 02/07/1990
DL #: NO DMV
Enroll date: 07/30/2024
Sex: F
Address: 34582 CALLE PORTULA
CAPISTRANO BEACH, CA 92624
Phone #: 949-413-8877

Status date: 11/04/2024
Court: VOLUNTEER
Case #: VOL
Violation date: / /
Conviction date: / /
Provider: Academy Of Defensive Driving
Facility: San Juan Capistrano
Phone: (949)240-0115

Type: [ ] ENROLLED   [X] COMPLETED   [ ] TERMINATED   [ ] REINSTATED
[ ] TRANSFERRED IN   [ ] PROGRESS REPORT   [ ] OTHER, specify_____

Type of Service at Admission: 3-Month Program

Fee: [X] Full   [ ] Partial   [ ] None   Discharge number: [ ] 1st  [ ] 2nd  [ ] 3rd  [ ] 4th  [ ] 5th

### IF TERMINATED
### BRING THIS WITH YOU TO COURT

PLEASE TAKE NOTICE that your participation in the Program has been suspended and your case returned to court, pursuant to California Administrative Code or State/County approved rules and requirements.

Contact the following court immediately: VOLUNTEER

If appropriate, a Notice of Non-Compliance has been filed with the Department of Motor Vehicles pursuant to the law.

### PROGRAM VIOLATIONS AND/OR DEFICIENCIES

[ ] Failed to Commence Treatment                    [ ] Failed to Complete Transfer
[ ] Failed to Return From Leave of Absence          [ ] Excessive Absences Dates:_____
[ ] Subsequent Drug/Alcohol Conviction              [ ] Failed to Maintain Program Sobriety
[ ] Uncooperative Attitude                          [ ] Tested Positive on Alcohol/Drug Test
[ ] Other_____                             [ ] Forged Court Card

Specific Problem Stated:_____

### RECOMMENDATIONS

RECOMMENDED ACTION: [ ] Reinstate in Program  [ ] Do not reinstate  [ ] Reinstate with additional requirements

PROGRAM REQUIREMENTS TO DATE:

| | No. Required | No. Attended | Needs to complete |
|---|---|---|---|
| Group Sessions | 10.00 | 10.00 | 0.00 |
| Individual Counseling | 0.75 | 0.75 | 0.00 |
| Alcohol Education | 20.00 | 20.00 | 0.00 |
| Self Help Sessions | 12.00 | 12.00 | 0.00 |
| Re-Entry Sessions | 0.00 | 0.00 | 0.00 |

Length of time needed for program completion:_____

### PROGRAM CERTIFICATION

Program Staff: Jane Wilson    Signature: [signature]    Date: 11/07/2024

Academy Of Defensive Driving

— Exhibit B —

## Proof of aa Ashley Hernandez

| # | Date | Place | Signature |
|---|------|-------|-----------|
| 1 | 7/11 | what's the purpose 530 zoom | Nikki S |
| 2 | 7/18 | what's the purpose 530 zoom | Lynn McK |
| 3 | 7/25 | **W.g.a.t** 6 | **Amy** |
| 4 | 7/25 | Back to BASICS | Lynn McK |
| 5 | 8/1 | BACK to Basics | Lynn McK |
| 6 | 8/15 | SJC Trailer | Jill G |
| 7 | 8/15 | Back to BASICS | Lynn McK |
| 8 | 8-17 | W.O.A.T | TIM |
| 9 | 8/27 | SJC Lv Sober | Ken |
| 10 | 9/5 | Back to Basics | Lynn McK |
| 11 | 9/13 | WJAT | Jill |
| 12 | 9-19 | Back to BASICS | Lynn McK |
| 13 | 9/25 | SJC | Josh S |
| 14 | 10/3 | Back to Basics | Lynn McK |
| 15 | 10/10 | Back to Basics | Lisa a |
| 16 | 10/16 | ego got 6am | Lynn McK |
| 17 | 10/24 | Back to Basics | Lynn McK |
| 18 | 10/31 | Back to BASICS | Lynn McL |

## Proof of AA Ashley Hernandez

| # | Date | Place | Signature |
|---|------|-------|-----------|
| 19 | 11/7 | SJC fc | Nikki S |
| 20 | 11/15/24 | SJC 10:00 Am | Ariela D. |
| 21 | 11/21/24 | Glory Dei Winner | Lynn McK |
| 22 | 11/26/24 | Li'l Baker | Nicole D. |
| 23 | 12/6/24 | SJC 10:Am B.B | Nicole D. |
| 24 | 12/10/24 | | Nikki J |
| 25 | 11/17 | SJC | |
| 26 | 12/27/24 | SJC 10:00 | Ariela D. |
| 27 | 1/3/25 | WOAT 6am | May K. |
| 28 | 1/10/25 | SJC 10am BB | Joanne M |
| 29 | 1/18/25 | Glory Dei 10am | Mary M |
| 30 | 1/24/25 | SJC 10am | Kate G |